

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00495-CR

Peddar **PANGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR6312
Honorable Steve Hilbig, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 13, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice